UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COMMONWEALTH OF MASSACHUSETTS,<br><br>v.<br><br>REBECCA S. WOODS,<br><br>Defendant. | Civil Action No. 25-30141-MGM |

SUMMARY REMAND ORDER

August 5, 2025

MASTROIANNI, U.S.D.J.

Defendant has improperly attempted to remove her ongoing state criminal prosecution to this court for the fourth time. As the First Circuit and this court have previously explained, Defendant is not entitled to remove this criminal case. *See Commonwealth of Massachusetts v. Woods*, Judgment, First Circuit Case No. 25-1454 (July 14, 2025) (affirming this court's initial remand order in Case No. 25-cv-30089); Case No. 25-cv-30089, Dkt. No. 6; Case No. 25-cv-30109, Dkt. No. 5; Case No. 25-cv-30120, Dkt. No. 4. While this court previously indicated it would consider enjoining this Defendant if further attempts were made to remove the case due to the frivolous and increasingly delusional nature of the filings, the court now believes that the state court is best positioned to assess these various filings for indications of confusion or incoherence that may be impacting this Defendant's mental health. The state court is also best positioned to address any concerns raised by these potential issues, if deemed necessary. Accordingly, this case is ordered remanded to the Springfield District Court. Defendant's motion at Docket No. 2 is DENIED. This matter may now be closed.

2

It is So Ordered.

     /s/ Mark G. Mastroianni
MARK G. MASTROIANNI
United States District Judge